UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

ISRAEL SANTIAGO-LUGO,          )
                               )
            Petitioner         )
                               )
v.                             )     Case No. 1:12-cv-04065-WMA-HGD
                               )
JOHN T. RATHMAN, Warden,       )
                               )
            Respondent         )

## MEMORANDUM OPINION

On August 15, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 22, 2013, petitioner filed objections to the magistrate judge's report and recommendation. Although the court has serious doubts about whether petitioner's objections are specific enough to meet the standards set forth in 28 U.S.C. § 636(b)(1)(c), the court has given *de novo* consideration to the case.

After full consideration of the record, including the magistrate judge's report and recommendation, and the petitioner's objections thereto, the court hereby OVERRULES the objections, and ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition

for writ of habeas corpus be denied and that petitioner's motion for summary judgment be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of August, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE